Matter of Shen v Ferncliff Cemetery
2026 NY Slip Op 03969
June 24, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Michael Shen, appellant,
v
Ferncliff Cemetery, respondent.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 24, 2026
2023-11112, (Index No. 1060/20)
Colleen D. Duffy, J.P.
Francesca E. Connolly
Laurence L. Love
Susan Quirk, JJ.

Michael Shen, Troy, Michigan, appellant pro se.
Michelle M. Pfeiffenberger, Huntington, NY, for respondent.
In a proceeding pursuant to Not-for-Profit Corporation Law § 1510(e), the petitioner appeals from an order of the Supreme Court, Westchester County (David F. Everett, J.), dated August 21, 2023. The order, sua sponte, directed certain relief with respect to the disinterment and reinterment of the remains of the petitioner's brother.

[*1]
DECISION & ORDER
By order to show cause dated August 19, 2024, the parties were directed to show cause before this Court why an order should or should not be made and entered dismissing the appeal in the above-entitled action on the ground that no appeal lies as of right from an order that is not the result of a motion made on notice (see CPLR 5701). By decision and order on motion dated April 4, 2025, the motion was held in abeyance and referred to the panel of Justices hearing the appeal for determination upon the argument or submission thereof.
Upon the order to show cause and the papers filed in response thereto, and upon the submission of the appeal, it is
ORDERED that the motion to dismiss the appeal is granted, as no appeal lies as of right from an order that is not the result of a motion made on notice (see CPLR 5701), and leave to appeal has not been granted; and it is further,
ORDERED that the appeal is dismissed, without costs or disbursements.
No appeal lies as of right from an order that does not decide a motion made on notice (see CPLR 5701[a][2]; Chiloyan v Chiloyan, 197 AD3d 612). Here, the order appealed from does not decide a motion made on notice, and the petitioner never sought leave to appeal. Under the circumstances, we decline to grant leave to appeal on the Court's own motion.
Accordingly, we dismiss the appeal.
DUFFY, J.P., CONNOLLY, LOVE and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court